NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARLENE FREEMAN, as Personal           )
Representative of the Estate of JERRY   )
FREEMAN, deceased, and DARLENE          )
FREEMAN, individually,                  )
                                        )
        Appellant,          )
                                        )
v.                                      )       Case No.  2D17-2746
                                        )
EDGAR D. RAMIREZ-PAGAN, M.D., and       )
FLORIDA MEDICAL CLINIC, P.A., a         )
Florida Corporation,                    )
                                        )
        Appellees.          )
_____ )

Opinion filed March 14, 2018.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

Andrew Wellman, Chris M. Limberopoulos,
and Kevin Sparkman of The Florida Law
Group, Tampa, for Appellant.

Mark E. McLaughlin and Scott B. Johnson
of Beytin, McLaughlin, McLaughlin,
O'Hara, Bocchino & Bolin, P.A., Tampa,
for Appellees.

PER CURIAM.

Affirmed. <u>See</u> <u>Univ. of Miami v. Francois</u>, 76 So. 3d 360 (Fla. 3d DCA 2011).


SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.